```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 08616
   DERRICK G COOPER
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7372


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/04/2004 and was confirmed 04/21/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
ROUNDUP FUNDING LLC       SECURED           7275.00          918.04         7275.00
ROUNDUP FUNDING LLC       UNSECURED        11096.98             .00        11096.98
MIDLAND MORTGAGE CO       CURRENT MORTG    22188.17             .00        22188.17
MIDLAND MORTGAGE CO       MORTGAGE ARRE     6661.58             .00         6661.58
BANK ONE                  CURRENT MORTG    17010.00             .00        17010.00
BANK ONE                  MORTGAGE ARRE     2451.85             .00         2451.85
AT & T BANKRUPCTY         UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK          UNSECURED         1531.35             .00         1531.35
FIRESTONE                 UNSECURED       NOT FILED             .00             .00
ROUNDUP FUNDING LLC       UNSECURED          937.39             .00          937.39
ECAST SETTLEMENT CORP     UNSECURED         1232.86             .00         1232.86
RESURGENT CAPITAL SERVIC  UNSECURED         1295.49             .00         1295.49
THE ANSWER                UNSECURED       NOT FILED             .00             .00
PLAZA ASSOCIATES          NOTICE ONLY     NOT FILED             .00             .00
VERIZON WIRELESS          UNSECURED         1509.36             .00         1509.36
BANK ONE                  COST OF COLLE      395.00             .00          395.00
MIDFIRST BANK             NOTICE ONLY     NOT FILED             .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                        2,700.00
TOM VAUGHN                TRUSTEE                                           4,253.76
DEBTOR REFUND             REFUND                                              741.63

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             82,198.46

PRIORITY                                          .00
SECURED                                     55,981.60
    INTEREST                                   918.04
UNSECURED                                   17,603.43
ADMINISTRATIVE                               2,700.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 08616 DERRICK G COOPER
```

```
TRUSTEE COMPENSATION                                          4,253.76
DEBTOR REFUND                                                   741.63
                                    ----------------    ----------------
TOTALS                                     82,198.46           82,198.46
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                     /s/ Tom Vaughn
   Dated: 12/27/07                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```